IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Calvin R. Silva, | ) | |
| | ) | 4:04CV3292 |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Rex Richard | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on filing no. 27, the motion for an extension of time, filed by the petitioner. The petitioner requests an extension of time in which to obtain affidavits in response to respondent's motion for summary judgment. Upon review of the record, I will grant the motion, and the petitioner shall have until May 27th, 2005 to file the documents.

SO ORDERED.

DATED this 27th day of April, 2005.

BY THE COURT:


S/F.A. GOSSETT
United States Magistrate Judge