IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CALVIN R. SILVA, | ) | |
| | ) | |
| Petitioner, | ) | 4:04cv3292 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HAROLD W. CLARKE, | ) | |
| | ) | |
| Respondent. | ) | |

    This matter is before the court on filing nos. 37 and 38, the petitioner's motions for extension of time to file a brief and affidavit in further response to the respondent's motion for summary judgment. Filing nos. 37 and 38 are granted, and the petitioner shall have until December 30, 2005 to file his reply brief and affidavit.

    IT IS SO ORDERED.

    DATED this 5th day of December, 2005.

                                            BY THE COURT:

                                            s/ F. A. GOSSETT
                                            United States Magistrate Judge