IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CALVIN R. SILVA, | ) | |
| | ) | |
| Petitioner, | ) | 4:04cv3292 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court sua sponte. By no later than May 4, 2006, the respondent shall file with the court's CM/ECF system a copy of the brief submitted by Robert J. Parker, Special Prosecutor for the State of Nebraska, to the Honorable Terri S. Harder, Adams County District Judge. The brief or "written argument" in question is referenced in Judge Harder's Order filed February 5, 2002 (attachment to filing no. 21-14 in the above-entitled case). If Mr. Parker filed any other pleadings, motions or briefs in the petitioner's postconviction proceedings, the respondent shall also file those by May 4, 2006.

SO ORDERED.

DATED this 28th day of April, 2006.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge