# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CALVIN R. SILVA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:04cv3292 |
| vs. ) | |
| ) | SCHEDULING ORDER |
| ROBERT HOUSTON, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court to schedule a planning conference. Therefore,

**IT IS ORDERED:**

A telephone conference before the undersigned magistrate judge is set for **Friday, July 6, 2007 at 10:00 A.M.**, for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. Plaintiff's counsel shall initiate the call to the court at 402-661-7340. (At the request of the parties, the conference may be held in chambers).

Dated this 20th day of June 2007.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge