# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CALVIN R. SILVA,** )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>**ROBERT HOUSTON,** )<br>)<br>Respondent. ) | 4:04cv3292<br><br>ORDER |

This case came before the court pursuant to the May 9, 2007 Memorandum and Order (#57) entered by Chief United States District Judge, Joseph F. Bataillon, requesting expedited progression of the remainder of the case. Counsel for the parties appeared telephonically. David R. Stickman represented the petitioner and J. Kirk Brown represented the respondent. Therefore,

**IT IS ORDERED:**

1. The petitioner shall file on or before **July 11, 2007**, a brief on the merits.

2. The respondent shall file a response brief **thirty (30) days** from the date petitioner's brief is filed.

3. The petitioner's reply brief is due **seven (7) days** from the date the respondent's brief is filed.

Dated this 6th day of July 2007.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge