# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |  | |
|---|---|---|---|
| **CALVIN R. SILVA,** | ) | | |
| | ) | | |
| **Petitioner,** | ) | | |
| | ) | **4:04CV3292** | |
| vs. | ) | | |
| | ) | **ORDER** | |
| **ROBERT HOUSTON,** | ) | | |
| | ) | | |
| **Respondent.** | ) | | |

This matter is before the court on the motion of Susan J. Gustafson for leave to withdraw as counsel for the Respondent. The record shows the respondent continues to be represented by other counsel.

**IT THEREFORE IS ORDERED** that the Motion to Withdraw [66] is granted. The Clerk shall terminate Ms. Gufstafson's appearance and shall stop further electronic notices to Ms. Gufstafson for this case.

**DATED September 4, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**